**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1634**

_____

JOHN RODGERS BURNLEY,

            Plaintiff - Appellant,

        v.

JEFFREY W. WALBURN; ALEXANDRA M. VALENTIN; MARGARET CUNNINGHAM, Detective, City of Richmond Police Department; DONALD DAVENPORT, Chief of Staff, City of Richmond Police Department; UNKNOWN NAMED UNDERCOVER POLICE OFFICERS, City of Richmond Police Department,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00210-DJN)

_____

Submitted:  October 30, 2025                    Decided:  November 4, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John Rodgers Burnley, Appellant Pro Se. John Ryan Owen, Anthony Tamburro, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia; Shannan Marie Fitzgerald, OFFICE OF THE CITY ATTORNEY, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Rodgers Burnley seeks to appeal the district court's orders granting Burnley's in forma pauperis application and granting in part Defendants' motion to enforce and referring the case in part to a magistrate judge for resolution, as well as two 2023 settlement agreements entered in a previous lawsuit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The district court's orders and the settlement agreements that Burnley seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*